IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WALL CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. |
| | ) | |
| BONDDESK GROUP, L.L.C., AND | ) | **DEMAND FOR JURY TRIAL** |
| BONDDESK TRADING, L.L.C., | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Wall Corporation states that it does not have a parent corporation nor does it have a publicly held corporate shareholder who owns 10% or more of Wall Corporation.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen E. Keller
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

*Attorneys for Plaintiff Wall Corporation*

DB02:6455772.1                                                          066964.1001

OF COUNSEL:

Michael W. Shore, Esquire
Alfonso Garcia Chan, Esquire
Patrick Traister, Esquire
SHORE CHAN BRAGALONE LLP
325 North Saint Paul Street
Suite 4450
Dallas, Texas 75201
(214) 593-9110

Dated: December 26, 2007