IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALL CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-844-GMS |
| ) | |
| BONDDESK GROUP, L.L.C., AND ) | |
| BONDDESK TRADING, L.L.C., ) | |
| ) | |
| Defendants. ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Patrick A. Traister, Esquire, Michael W. Shore, Esquire and Alfonso G. Chan, Esquire of Shore Chan Bragalone LLP to represent plaintiff Wall Corporation in this matter. Pursuant to the Standing Order for District Court Fund, the annual fee of $25.00 per attorney, if not already paid, will be submitted to the Clerk's Office upon the filing of this motion.

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

OF COUNSEL:

Michael W. Shore, Esquire
Alfonso Garcia Chan, Esquire
Patrick Traister, Esquire
SHORE CHAN BRAGALONE LLP
325 North Saint Paul Street
Suite 4450
Dallas, Texas 75201
(214) 593-9110

/s/ Karen E. Keller
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
1000 West Street
Brandywine Building, 17th Floor
Wilmington, DE 19801
(302) 571-6600
kkeller@ycst.com

*Attorneys for Plaintiff Wall Corporation*

Dated: April 21, 2008

1

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on April 21, 2008, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Mary B. Graham, Esquire
> Morris Nichols Arsht & Tunnell LLP
> 1201 North Market Street
> PO Box 1347
> Wilmington, DE 19899-1347

I further certify that on April 21, 2008, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and the following non-registered participants in the manner indicated:

### BY ELECTRONIC MAIL

> Michael A. Jacobs, Esquire
> [mjacobs@mofo.com]
> Rita F. Lin, Esquire
> [rlin@mofo.com]
> Morrison & Foerster LLP
> 425 Market Street
> San Francisco, CA 94105-2482

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen E. Keller
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
kkeller@ycst.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the Clerk of Court.

_/s/ Patrick Traister_
Patrick A. Traister
Shore Chan Bragalone LLP
325 N. St. Paul, Suite 4450
Dallas, Texas 75201
(214) 593-9110
(214) 593-9111 - Telefax

Date: April 15, 2008

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the Clerk of Court.

_____
Michael W. Shore
Shore Chan Bragalone LLP
325 N. St. Paul, Suite 4450
Dallas, Texas 75201
(214) 593-9110
(214) 593-9111 - Telefax

Date: April 15, 2008

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the Clerk of Court.

*[signature]*

Alfonso G. Chan
Shore Chan Bragalone LLP
325 N. St. Paul, Suite 4450
Dallas, Texas 75201
(214) 593-9110
(214) 593-9111 - Telefax

Date: April 15, 2008

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED, this ___ day of April, 2008, that counsel's motion for admission pro hac vice of Patrick A. Traister, Esquire, Michael W. Shore, Esquire and Alfonso G. Chan, Esquire is granted.

_____
United States District Judge