IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WALL CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-844 (GMS) |
| | ) | |
| BONDDESK GROUP, L.L.C., and | ) | |
| BONDDESK TRADING, L.L.C., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Michael A. Jacobs and Rita F. Lin of Morrison & Foerster LLP to represent BondDesk Group, L.L.C. and BondDesk Trading, L.L.C., in this matter.

In accordance with Standing Order of District Court Fund effective January 1, 2005, movant states that the annual fee of $25.00 per attorney will be submitted to the Clerk's Office with this motion.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*
_____
Mary B. Graham (#2256)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
mgraham@mnat.com

*Attorneys for BondDesk Group, L.L.C.
and BondDesk Trading, L.L.C.*

OF COUNSEL:

Michael A. Jacobs
Rita F. Lin
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000

Dated: April 23, 2008
2301480

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Michael A. Jacobs, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: April 21, 2008

Michael A. Jacobs
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Phone: 415.268.7000
Fax: 415.268.7522

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Rita F. Lin, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 4/22/08

Rita F. Lin
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Phone: 415.268.7000
Fax: 415.268.7522

2301466

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to the following:

>Karen E. Keller, Esq.
>YOUNG CONAWAY STARGATT & TAYLOR, LLP

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on April 23, 2008 upon the following individuals in the manner indicated:

| **BY E-MAIL** | **BY E-MAIL** |
|---|---|
| John W. Shaw, Esq.<br>Karen E. Keller, Esq.<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br><br>**jshaw@ycst.com**<br>**kkeller@ycst.com** | Michael W. Shore, Esq.<br>Alfonso Garcia Chan, Esq.<br>SHORE CHAN BRAGALONE LLP<br>325 North Saint Paul Street<br>Suite 4450<br>Dallas, TX 75201<br><br>**mshore@shorechan.com**<br>**achan@shorechan.com** |

*/s/ Mary B. Graham*

Mary B. Graham (#2256)

2248875